# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MADISON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 83387

**FILED**

SEP 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion in limine. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion in limine, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Michael Villani, District Judge
      Courtney Madison
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Benjamin J. Nadig

21-26148